408 A.2d 537

Commonwealth v. Biddle, Appellant.

Submitted September 15, 1978. John W. Packel, Assistant Public Defender, Chief, Appeals Division, for appellant; Robert B. Lawler, Assistant District Attorney, Chief, Appeals Division, for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.

HOFFMAN, J., concurred in the result.

408 A.2d 537

Commonwealth v. Birdsong, Appellant.

Submitted September 15, 1978. Thomas W. Houser, for appellant; Richard J. Shiroff, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.